# United States District Court
## Northern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>ANTHONY JOSEPH MARTINEZ | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release)<br>(For Offenses Committed On or After November 1, 1987)<br><br>USDC Case Number: CR-11-00275-001 LHK<br>BOP Case Number: DCAN511CR000275-001<br>USM Number:<br>Defendant's Attorney: Manuel Araujo, AFPD |

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) <u>7 and 11 of the Judgment of the Southern District of California, transferred to NDCA for supervision</u> of the term of supervision.

[ ]  was found in violation of condition(s) ___ after denial of guilt.

ACCORDINGLY, the court has adjudicated that the defendant is guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| 18USC§3563 | Violation of Probation | 3/21/2011 |

The defendant is sentenced as provided in pages 2 through <u>3</u> of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.:

Defendant's Date of Birth:

Defendant's USM No.:

Defendant's Residence Address:
1062 Lucot Way
Campbell, CA 95008

Defendant's Mailing Address:
1062 Lucot Way
Campbell, CA 95008

9/14/11
Date of Imposition of Judgment

*Lucy H. Koh*
Signature of Judicial Officer

Honorable Lucy H. Koh, U. S. District Judge
Name & Title of Judicial Officer

9/30/11
Date

| | | |
|---|---|---|
| DEFENDANT: | ANTHONY JOSEPH MARTINEZ | Judgment - Page 2 of 3 |
| CASE NUMBER: | CR-11-00275-001 LHK | |

## PROBATION

The defendant was sentenced to probation for a term of  5 years (pursuant to judgment from SDCA imposed 1/12/2009).

The terms of the underlying Judgment remain in effect with additional conditions imposed pursuant to this Judgment as outlined on page 3.

DEFENDANT: ANTHONY JOSEPH MARTINEZ  
CASE NUMBER: CR-11-00275-001 LHK  
Judgment - Page 3 of 3

## ADDITIONAL SPECIAL CONDITIONS OF PROBATION

1) The defendant shall abstain from the use of all alcoholic beverages.

2) The defendant shall consent to be monitored on a curfew by the form of location monitoring technology at the discretion of the probation officer for three (3) months. The offender shall abide by all the requirements established by the probation office related to the use of this location monitoring technology. The offender shall pay all or part of the cost of participation in the location monitoring program, based on his ability to pay as directed by the probation officer.
The defendant is restricted to his residence every day from 10:00 p.m. to 5:00 a.m.